IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
|    Matthew L. Fitzsimmons, | : | Chapter 13 |
|       Debtor | : | |
| | : | |
|    Matthew L. Fitzsimmons, | : | Related to Document No. 14 |
|       Movant | : | |
|       v. | : | |
| Cenlar FSB as Servicer for | : | |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|       Respondents. | : | |

**CERTIFICATE OF SERVICE OF MOTION FOR LOSS MITIGATION,
CERTIFICATION OF LMP ELIGIBILITY AND READINESS, AND
PROPOSED LOSS MITIGATION ORDER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 4th day of March, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by Electronic Notification," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

The type of service made on the parties was:

**Service by Electronic Notification:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Union Home Mortgage Corp.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Total number sent by electronic mailing: <u>3</u>

EXECUTED ON:  March 4, 2017         /s/ Eric G. Hackenberg, Esquire
                                                                Eric G. Hackenberg, Esquire
                                                                Attorney for Debtor/Movant
                                                                LAUREL LEGAL SERVICES, INC.
                                                                231 West Main Street
                                                                Clarion, PA 16214
                                                                ehackenberg@wpalaw.org
                                                                PHONE: (814) 226-4340
                                                                Pa. I.D. No. 84321

Case 17-10059-TPA    Doc 15    Filed 03/04/17    Entered 03/04/17 16:54:26    Desc Main
Document    Page 2 of 2