IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | |
|     Debtor, | : | |
| | : | Chapter 13 |
| Matthew L. Fitzsimmons, | : | |
|     Movant, | : | |
| | : | Related to Document No. 19 |
|     v. | : | |
| | : | |
| No Respondent | : | |

**CERTIFICATE OF SERVICE OF AMENDMENT COVER SHEET,
AMENDED SCHEDULE B, AND AMENDED SCHEDULE C**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 16th day of March, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by Electronic Notification," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

The type of service made on the parties was:

**Service by Electronic Notification:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Union Home Mortgage Corp.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail**

Community First Bank
444 E Main St
Reynoldsville, PA 15851-0997

Department of Education/Nelnet
121 S 13th St
Lincoln, NE 68508-1904

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

U.S. Department of Education
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 69508-1911

Union Home Mortgage Corp.
8421 Dow Circle West
Strongsville, OH 44136-1761

Total number sent by electronic mailing: 3
Total number sent by first class mail: 6

EXECUTED ON:  March 16, 2017            /s/ Eric G. Hackenberg, Esquire
                                        Eric G. Hackenberg, Esquire
                                        Attorney for Debtor/Movant
                                        LAUREL LEGAL SERVICES, INC.
                                        231 West Main Street
                                        Clarion, PA 16214
                                        ehackenberg@wpalaw.org
                                        PHONE: (814) 226-4340
                                        Pa. I.D. No. 84321