IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, : | Chapter 13 |
|     Debtor : | |
| : | |
| Matthew L. Fitzsimmons, : | Related to Document No. |
|     Movant : | |
|     v. : | |
| Cenlar FSB as Servicer for : | Hearing Date and Time: |
| Union Home Mortgage Corp., : | |
| Ronda J. Winnecour, Esq., Trustee, : | |
|     Respondents. : | |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION ORDER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 22nd day of March, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by Electronic Notification," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

The type of service made on the parties was:

**Service by First Class Mail**

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, OH 44136-1761

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Total number sent by first class mail: 3

EXECUTED ON:  March 22, 2017             /s/ Eric G. Hackenberg, Esquire
                                         Eric G. Hackenberg, Esquire
                                         Attorney for Debtor/Movant
                                         LAUREL LEGAL SERVICES, INC.
                                         231 West Main Street
                                         Clarion, PA 16214
                                         ehackenberg@wpalaw.org
                                         PHONE: (814) 226-4340
                                         Pa. I.D. No. 84321