Case 17-10059-TPA    Doc 23    Filed 03/23/17    Entered 03/24/17 01:04:45    Desc Imaged
Certificate of Notice    Page 1 of 3
FILED
3/21/17 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
|    Debtor | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Doument No. 14 |
|    Movant | : | |
| v. | : | |
| Cenlar FSB as Servicer for | : | Hearing Date and Time: |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|    Respondents. | : | |

### LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by the Debtor, Matthew L. Fitzsimmons, on March 4, 2017. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

AND NOW, this __21st__ day of __March__, 20 __17__, it is hereby **ORDERED** that:

(1)   The following parties are directed to participate in the Court's ***Loss Mitigation Program (LMP)*** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

    Debtor:   Matthew L. Fitzsimmons_____

    Creditor:   Cenlar FSB as Servicer for Union Home Mortgage Corp.

(2)   ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $617.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)   ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)   ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)   ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)   ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    *Ninety (90) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Matthew L. Fitzsimmons
     Debtor

Case No. 17-10059-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Mar 21, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db            +Matthew L. Fitzsimmons,    121 Oakwood Lane,    Shippenville, PA 16254-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
          Eric G. Hackenberg    on behalf of Debtor Matthew L. Fitzsimmons ehackenberg@wpalaw.org,
           dgurner@wpalaw.org;ericghackenberg@yahoo.com
            James Warmbrodt    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                 TOTAL: 4