IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 28 |
| Movant | : | |
| v. | : | |
| Cenlar FSB as Servicer for | : | Hearing Date and Time: |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE OF
## MOTION FOR APPROVAL OF LOAN MODIFICATION

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 31st day of May, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Electronic Notification and First-Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Union Home Mortgage Corp.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail**

Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, OH 44136-1761

Total number sent by electronic notification: 3
Total number sent by first class mail: 3

EXECUTED ON: May 31, 2017          /s/ Eric G. Hackenberg, Esquire
                                   Eric G. Hackenberg, Esquire
                                   Attorney for Debtor/Movant
                                   LAUREL LEGAL SERVICES, INC.
                                   231 West Main Street
                                   Clarion, PA 16214
                                   ehackenberg@wpalaw.org
                                   PHONE: (814) 226-4340
                                   Pa. I.D. No. 84321