IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 30 |
|     Movant | : | |
| v. | : | |
| Cenlar FSB as Servicer for | : | Hearing: June 15, 2017 at 11:00 A.M. |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING HEARING AND
MOTION FOR APPROVAL OF LOAN MODIFICATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 2nd day of June, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First Class Mail**

Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, OH 44136-1761

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


Total number sent by first class mail: 6

EXECUTED ON: June 2, 2017                    /s/ Eric G. Hackenberg, Esquire
                                             Eric G. Hackenberg, Esquire
                                             Attorney for Debtor/Movant
                                             LAUREL LEGAL SERVICES, INC.
                                             231 West Main Street
                                             Clarion, PA 16214
                                             ehackenberg@wpalaw.org
                                             PHONE: (814) 226-4340
                                             Pa. I.D. No. 84321