FILED
6/1/17 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MATTHEW L. FITZSIMMONS | : | Case No. 17-10059 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| MATTHEW L. FITZSIMMONS | : | |
| *Movant* | : | Related to Document No. 28 |
| v. | : | |
| CENLAR FSB as Servicer for Union | : | |
| Home Mortgage Corp., | : | |
| and RONDA J. WINNECOUR, | : | |
| *Respondents* | : | Hearing: June 15, 2017 at 11:00 A.M. |

## ORDER

AND NOW, this *1st* day of *June, 2017,* in light of the filing of a *Motion for Approval of Loan Modification* filed by Debtor at Document No. 28,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled on the *Motion* for *June 15, 2017* at *11:00 A.M.* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501. Responses to the *Motion* shall be filed and served on or before *June 13, 2017*. Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this Order and the Motion upon all parties from whom relief is sought, their counsel, and the Chapter 13 Trustee.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Eric G. Hackenberg, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10059-TPA
Matthew L. Fitzsimmons                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1              Date Rcvd: Jun 01, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
db              +Matthew L. Fitzsimmons,    121 Oakwood Lane,    Shippenville, PA 16254-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
              Eric G. Hackenberg    on behalf of Debtor Matthew L. Fitzsimmons ehackenberg@wpalaw.org,
               dgurner@wpalaw.org;ericghackenberg@yahoo.com
              James Warmbrodt    on behalf of Creditor    Union Home Mortgage Corp. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4