IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 28 |
|     Movant | : | |
|     v. | : | |
| Cenlar FSB as Servicer for | : | Hearing: June 15, 2017 at 11:00 A.M. |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR APPROVAL OF LOAN MODIFICATION, DOCUMENT NO. 28**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification filed on May 31, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 13, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  June 14, 2017              /s/ Eric G. Hackenberg, Esquire
                                   Eric G. Hackenberg, Esquire
                                   Attorney for Debtor/Movant
                                   LAUREL LEGAL SERVICES, INC.
                                   231 West Main Street
                                   Clarion, PA 16214
                                   ehackenberg@wpalaw.org
                                   PHONE: (814) 226-4340
                                   Pa. I.D. No. 84321

**PAWB Local Form 25 (07/13)**