IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
|     Debtor, | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 28 |
|     Movant, | : | |
|     v. | : | |
| Cenlar FSB as Servicer for | : | |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondents. | : | |

**ORDER**

*AND NOW,* this ___ day of _____, 2017, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Matthew L. Fitzsimmons and Tamera L. Fitzsimmons and Union Home Mortgage Corp.** is approved;
(2) The terms of the loan shall be as follows:
    a. Principal Balance: $141,543.59
    b. Interest Rate: ` 4.500%
    c. Maturity Date: June 1, 2047
    d. P&I Payment: $717.18
    e. Escrow Payment: $185.22
    f. Total Payment: $902.40
    g. Balloon Payment: N/A
    h. Cumulative Interest: $116,641.34 (approximated)
    i. LTV: 115.1%
    j. Ch. 13 Payment: Chapter 13 Case to be Dismissed.
    k. Chap. 13 Payment. (Arrears) 0.00
(3) *Within fourteen (14) days* from the date of this Order the Debtor shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court