FILED
6/16/17 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
|     Debtor, | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 28 |
|     Movant, | : | |
| v. | : | |
| Cenlar FSB as Servicer for | : | |
| Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, Esq., Trustee, | : | |
|     Respondents. | : | |

## ORDER

*AND NOW*, this 16th day of _____June_____, 2017, it is hereby **ORDERED** that:

(1) The Modification Agreement between **Matthew L. Fitzsimmons and Tamera L. Fitzsimmons and Union Home Mortgage Corp.** is approved;
(2) The terms of the loan shall be as follows:
   a.  Principal Balance:         $141,543.59
   b.  Interest Rate:       `     4.500%
   c.  Maturity Date:             June 1, 2047
   d.  P&I Payment:               $717.18
   e.  Escrow Payment:            $185.22
   f.  Total Payment:             $902.40
   g.  Balloon Payment:           N/A
   h.  Cumulative Interest:       $116,641.34 (approximated)
   i.  LTV:                       115.1%
   j.  Ch. 13 Payment:            Chapter 13 Case to be Dismissed.
   k.  Chap. 13 Payment. (Arrears)    0.00
(3) **Within fourteen (14) days** from the date of this Order the Debtor shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____ vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 17-10059-TPA
Matthew L. Fitzsimmons                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1      User: gamr              Page 1 of 1      Date Rcvd: Jun 16, 2017
                          Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
db             +Matthew L. Fitzsimmons,   121 Oakwood Lane,   Shippenville, PA 16254-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:
              Eric G. Hackenberg    on behalf of Debtor Matthew L. Fitzsimmons ehackenberg@wpalaw.org,
               dgurner@wpalaw.org;ericghackenberg@yahoo.com
              James Warmbrodt    on behalf of Creditor   Union Home Mortgage Corp. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4