IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10059-TPA |
| Matthew L. Fitzsimmons, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Matthew L. Fitzsimmons, | : | Related to Document No. 38 |
| Movant | : | |
| v. | : | |
| Cenlar FSB as Servicer for | : | |
| Union Home Mortgage Corp., | : | |
| 1Ronda J. Winnecour, Esq., Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION FINAL REPORT
AND PORTAL ACCOUNT HISTORY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on the 26th day of June, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification and First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by NEF**

Office of the United States Trustee
**ustpregion03.pi.ecf@usdoj.gov**

James Warmbrodt on behalf of Creditor Union Home Mortgage Corp.
**bkgroup@kmllawgroup.com**

Ronda J. Winnecour
**cmecf@chapter13trusteewdpa.com**

**Service by First Class Mail**

Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, OH 44136-1761


Total number sent by electronic notification: 3
Total number sent by first class mail: 3

| | |
|---|---|
| EXECUTED ON:  June 26, 2017 | /s/ Eric G. Hackenberg, Esquire |
| | Eric G. Hackenberg, Esquire |
| | Attorney for Debtor/Movant |
| | LAUREL LEGAL SERVICES, INC. |
| | 231 West Main Street |
| | Clarion, PA 16214 |
| | **ehackenberg@wpalaw.org** |
| | PHONE: (814) 226-4340 |
| | Pa. I.D. No. 84321 |