IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No.: 17-10059-TPA |
| | : | Chapter 13 |
| Matthew L. Fitzsimmons, | : | |
|     Debtor, | : | |
| | : | Related to Document No. 40 |
| Matthew L. Fitzsimmons, | : | |
|     Movant, | : | |
| vs. | : | Hearing Date and Time: |
| | : | August 16, 2017, at 11:00 a.m. |
| American Infosource LP as agent for Verizon, Cenlar FSB, Community First Bank, KML Law Group, P.C., Office of the United States Trustee, Pennsylvania Dept. of Revenue, U.S. Department of Education c/o Nelnet, Union Home Mortgage Corp., Ronda J. Winnecour, | : | |
|     Respondents. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF MATTHEW L. FITZSIMMONS TO DISMISS CHAPTER 13 CASE**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 17, 2017, (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on Wednesday, August 16, 2017, at 11:00 a.m. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: June 29, 2017    /s/ Eric G. Hackenberg
    Eric G. Hackenberg, Esquire
    Attorney for Debtor/Movant
    Pa. I.D. No. 84321
    LAUREL LEGAL SERVICES, INC.
    231 West Main Street
    Clarion, PA 16214
    PHONE: (814) 226-4340
    ehackenberg@wpalaw.org