IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No.: 17-10059-TPA |
| | : | Chapter 13 |
| Matthew L. Fitzsimmons, | : | |
|     Debtor, | : | |
| | : | Related to Documents No. 40 & 41 |
| Matthew L. Fitzsimmons, | : | |
|     Movant, | : | |
|     vs. | : | Hearing Date and Time: |
| | : | August 16, 2017, at 11:00 a.m. |
| American Infosource LP as agent for | : | |
| Verizon, Cenlar FSB, Community First | : | |
| Bank, KML Law Group, P.C., Office of the | : | |
| United States Trustee, Pennsylvania Dept. | : | |
| of Revenue, U.S. Department of Education | : | |
| c/o Nelnet, Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO DISMISS
CHAPTER 13 CASE AND NOTICE OF HEARING**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on the 29th day of June, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification and First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by NEF**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Union Home Mortgage Corp.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail**

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

Community First Bank
444 E Main St
Reynoldsville, PA 15851-0997

Department of Education/Nelnet
121 S 13th St
Lincoln, NE 68508-1904

KML Law Group, P.C.
Rebecca A. Solarz, Esquire
BNY Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1538

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

U.S. Department of Education
C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

Union Home Mortgage Corp.
8241 Dow Circle West
Strongsville, OH 44136-1761


Total number sent by electronic notification: 3
Total number sent by first class mail: 8

EXECUTED ON:  June 29, 2017                /s/ Eric G. Hackenberg, Esquire
                                           Eric G. Hackenberg, Esquire
                                           Attorney for Debtor/Movant
                                           LAUREL LEGAL SERVICES, INC.
                                           231 West Main Street
                                           Clarion, PA 16214
                                           ehackenberg@wpalaw.org
                                           PHONE: (814) 226-4340
                                           Pa. I.D. No. 84321