IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No.: 17-10059-TPA |
| | : | Chapter 13 |
| Matthew L. Fitzsimmons, | : | |
|     Debtor, | : | |
| | : | Related to Document No. 40 |
| Matthew L. Fitzsimmons, | : | |
|     Movant, | : | |
|     vs. | : | Hearing Date and Time: |
| | : | August 16, 2017, at 11:00 a.m. |
| American Infosource LP as agent for | : | |
| Verizon, Cenlar FSB, Community First | : | |
| Bank, KML Law Group, P.C., Office of the | : | |
| United States Trustee, Pennsylvania Dept. | : | |
| of Revenue, U.S. Department of Education | : | |
| c/o Nelnet, Union Home Mortgage Corp., | : | |
| Ronda J. Winnecour, | : | |
|     Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE, DOCUMENT NO. 40**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 29, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 17, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 18, 2017                                  /s/ Eric G. Hackenberg, Esquire
                                                                   Eric G. Hackenberg, Esquire
                                                                   Attorney for Debtor/Movant
                                                                   LAUREL LEGAL SERVICES, INC.
                                                                   231 West Main Street
                                                                   Clarion, PA 16214
                                                                   ehackenberg@wpalaw.org
                                                                   PHONE: (814) 226-4340
                                                                   Pa. I.D. No. 84321