**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW L. FITZSIMMONS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-10059 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/25/2017 and confirmed on 03/07/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,380.00 |
| Less Refunds to Debtor | 2,433.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,946.62 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 239.42 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 239.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   UNION HOME MORTGAGE CORP<br>    Acct: 5605 | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNION HOME MORTGAGE CORP<br>    Acct: 5605 | 0.00 | 2,707.20 | 0.00 | 2,707.20 |
|   UNION HOME MORTGAGE CORP<br>    Acct: 5605 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,707.20 |
| **Priority** | | | | |
|   ERIC G HACKENBERG ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MATTHEW L. FITZSIMMONS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAUREL LEGAL SERVICES INC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MATTHEW L. FITZSIMMONS<br>    Acct: | 2,433.38 | 2,433.38 | 0.00 | 0.00 |
|   UNION HOME MORTGAGE CORP<br>    Acct: 5605 | 900.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMMUNITY FIRST BANK N A | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2249 | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US DEPARTMENT OF EDUCATION | 16,186.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 7268 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 100.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                           2,707.20

TOTAL CLAIMED
PRIORITY           900.00
SECURED              0.00
UNSECURED       16,286.56

Date: 11/20/2017                                         /s/ Ronda J. Winnecour
                                                         RONDA J WINNECOUR PA ID #30399
                                                         CHAPTER 13 TRUSTEE WD PA
                                                         600 GRANT STREET
                                                         SUITE 3250 US STEEL TWR
                                                         PITTSBURGH, PA  15219
                                                         (412) 471-5566
                                                         cmecf@chapter13trusteewdpa.com